IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-00038-01-CR-W-HFS |
| | ) |
| MONTAE D. NOLAN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The Government's motion to dismiss the February 1, 2012, Indictment in the above-named matter is granted.

December  26 , 2012

/s/ Howard F. Sachs
HONORABLE HOWARD F. SACHS
United States District Court Judge
Western District of Missouri